تغيير اللغة: **Change to Arabic (/jo_ar/jo-niv-waittimeinfo.asp)**

# Apply for a U.S. Visa

## in Jordan

- **Home (index.html?firstTime=No)**
- **Login (https://cgifederal.secure.force.com/?language=English&country=Jordan)**
- **Contact Us (jo-main-contactus.asp)**
- **FAQ (jo-gen-faq.asp)**
- **Nonimmigrant Visa Information (#)**
    - **Visa Types (jo-niv-visatypeinfo.asp)**
    - **Visa Fees (jo-niv-visafeeinfo.asp)**
    - **Payment Options (jo-niv-paymentinfo.asp)**
    - **DS-160 Information (jo-niv-ds160info.asp)**
    - **Appointment Wait Times (jo-niv-waittimeinfo.asp)**
    - **Photos and Fingerprints (jo-niv-photoinfo.asp)**
    - **Visa Waiver Program (jo-niv-visawaiverinfo.asp)**
    - **Security Regulations (jo-niv-securityinfo.asp)**
- **Nonimmigrant Visa Application (#)**
- **Immigrant Visas (#)**
- **Local Visa Programs (#)**
- **Locations (#)**
- **General Information (#)**
- **_ (#)**

You are here: **Home (index.html)** / Appointment Wait Times

## Appointment Wait Times

On this page:

- **Overview (#Overview)**
- **Visa Processing Time (#VisaProcessingTime)**
- **Current Wait Time and Availability (#CurrentWaitTimeandAvailability)**

### Overview

All applicants are processed as efficiently as possible and the U.S. Embassy strives to keep the wait time for appointments as short as possible. That said, the earlier you book your appointment, the more likely you are to be able to get the interview date and time you want.

### Visa Processing Time

Although visa processing time is typically three working days, processing time for specific cases may vary due to individual circumstances and other special requirements.



EXHIBIT 1

**Current Wait Time and Availability**

**Current Appointment Wait Time in Amman (https://travel.state.gov/content/visas/en/general/wait-times.html/)**

**Current Appointment Availability (https://cgifederal.secure.force.com/?language=English&country=Jordan)**

**Schedule an Appointment (https://cgifederal.secure.force.com/?language=English&country=Jordan)**

- **Home (index.html?firstTime=No)**

**© CGI Federal Inc. (jo-main-contactus.asp)**

- NIV Information
- **Visa Types (jo-niv-visatypeinfo.asp)**
- **Visa Fees (jo-niv-visafeeinfo.asp)**
- **Payment Options (jo-niv-paymentinfo.asp)**
- **DS-160 Information (jo-niv-ds160info.asp)**
- **Appointment Wait Times (jo-niv-waittimeinfo.asp)**
- **Photos and Fingerprints (jo-niv-photoinfo.asp)**
- **Visa Waiver Program (jo-niv-visawaiverinfo.asp)**
- **Security Regulations (jo-niv-securityinfo.asp)**

- NIV Application
- **Apply for a Visa (jo-niv-visaapply.asp)**
- **Pay My Visa Fee (jo-niv-paymentinfo.asp)**
- **Complete My DS-160 (jo-niv-ds160complete.asp)**
- **Schedule My Appointment (jo-niv-appointmentschedule.asp)**
- **Change Document Delivery Address (jo-niv-deliveryaddressmodify.asp)**
- **Track My Passport/Visa (jo-niv-passporttrack.asp)**
- **Apply for Expedited Visa Processing (jo-niv-expeditedappointment.asp)**
- **Applying for a Visa without an Interview (jo-niv-visarenew.asp)**
- **Application Pending Further Action (jo-niv-221ginfo.asp)**

- Immigrant Visas
- **Visa Information (jo-iv-visaapplyinfo.asp)**
- **Check My Immigrant Visa Petition Status (jo-iv-visastatusinfo.asp)**
- **Immigrant Visa Wait Times (jo-iv-waittimeinfo.asp)**
- **Track My Passport/Visa (jo-niv-passporttrack.asp)**
- **Select Document Delivery Address (jo-iv-documentdelivery.asp)**
- **Application Pending Further Action (jo-iv-221ginfo.asp)**

- Local Visa Programs
- **Travel Coordinator (jo-svc-travelcoordinator.asp)**
- **Group Appointments (jo-svc-groupappointment.asp)**
- **Corporate Visa Program (jo-svc-corporatevisaprogram.asp)**
- **Diplomatic and Government Officials (jo-svc-aandginfo.asp)**
- **Visas for Children (jo-svc-visachild.asp)**
- **Syrian Applicants (jo-svc-syrianapplicants.asp)**

- Locations
- **U.S. Embassy (jo-loc-post.asp)**
- **Passport/Visa Collection Locations (jo-niv-passporttrack.asp)**

- **Document Drop-Off Locations (jo-loc-documentdropoff.asp)**
- **Bank Locations (jo-loc-bank.asp)**

- General Information
- **Frequently Asked Questions (jo-gen-faq.asp)**
- **Holidays and Closures (jo-gen-holidays.asp)**
- **Rights and Protections (jo-gen-rightsandprotection.asp)**
- **Helpful Links (jo-gen-helpfullinks.asp)**

The U.S. Department of State's Bureau of Consular Affairs **website (http://travel.state.gov)** and Consular Post websites are the definitive sources of visa information. Should there be discrepancies in content, the Consular Affairs website and Consular Post websites take precedence.

**Privacy Policy (jo-ftr-privacy.asp)**