



Sarah Thomas <sarah@noblelawfirm.com>

**Fwd: Your ustraveldocs.com inquiry Case-2019- 07-07-012518144 Has Been Closed**

**Hammam Yahya** <hammamkyahya@gmail.com>  
To: Sarah Thomas <sarah@noblelawfirm.com>

Mon, Aug 5, 2019 at 5:02 PM

Hi Ms Thomas,

Here I forward to you my first correspondence with the consular office.

Best,  
Hammam

---------- Forwarded message ----------  
From: **support@ustraveldocs.com** <support@ustraveldocs.com>  
Date: Sun, Jul 7, 2019 at 2:07 AM  
Subject: Your ustraveldocs.com inquiry Case-2019- 07-07-012518144 Has Been Closed  
To: hammamkyahya@gmail.com <hammamkyahya@gmail.com>

Your case has been updated, please log back into your account to view the details.

| Date/Time Case Opened: | 7/7/2019 9:08 AM |
|---|---|
| Description: | Dear Sir/Madam,<br><br>I am Hammam Yahya, passport number 4629801 and visa application number AA008ZLZDF. I am an attending psychiatrist and an assistant professor at the University of New Mexico in Albuquerque, NM.<br><br>I have applied for an H-1b visa on June 13, 2019. It has been in administrative processing since then. I fully appreciate that this is a necessary process and that it should take the needed time. I just want to inquire if there is any further information that I could get as far as the status of my visa application.<br><br>I had my H-1b status approved in July 2018, and I have been working as a psychiatrist and assistant professor at UNM for almost a year. Albuquerque is an under-served area and I hope to be able to get back to work soon to avoid any interruption in my patients' care.<br><br>If I could be of any assistance in this matter, please do not hesitate to contact me any time at my email hammamkyahya@gmail.com or my cell ▇▇▇▇▇▇. You could also contact the chair of the Department of Psychiatry and Behavioral Sciences at UNM, Dr. Mauricio Tohen, if you have any questions regarding my work at UNM. His email is mtohen@salud.unm.edu, and his cell is ▇▇▇▇▇▇▇▇. I truly appreciate your help with this matter.<br><br>Sincerely,<br>Hammam Yahya, MD |
| Origin: | Email |
| Case Reason: | Visa |
| Public Response: | Dear Applicant,<br><br>Thank you for writing to the US Visa Services Desk.<br><br>We understand that you wish to know your visa application status.<br><br>We would like to inform you that your application requires additional administrative processing. Please note that the length of processing time will vary based on the circumstances of each case. Please be patient.<br><br>If you are a nonimmigrant applicant, you may check your DS-160 and visa application status online here: https://ceac.state.gov/genniv/ by entering your interview location and your DS-160 barcode number.<br><br>We hope this information is helpful to you.<br><br>Please visit https://www.surveymonkey.com/s/gss_jordan to share feedback on the services we provide.<br><br>Sincerely,<br><br>U.S. Visa Service Desk. |



Sarah Thomas <sarah@noblelawfirm.com>

## Fwd: Your ustraveldocs.com inquiry Case-2019- 08-05-012674491 Has Been Closed

**Hammam Yahya** <hammamkyahya@gmail.com>  Mon, Aug 5, 2019 at 5:03 PM
To: Sarah Thomas <sarah@noblelawfirm.com>

Hi Ms Thomas,

Here I forward to you my second correspondence with the consular office.

Best,
Hammam

---------- Forwarded message ---------
From: **support@ustraveldocs.com** <support@ustraveldocs.com>
Date: Mon, Aug 5, 2019 at 7:09 AM
Subject: Your ustraveldocs.com inquiry Case-2019- 08-05-012674491 Has Been Closed
To: hammamkyahya@gmail.com <hammamkyahya@gmail.com>

Your case has been updated, please log back into your account to view the details.

| Date/Time Case Opened: | 8/5/2019 3:05 PM |
|---|---|
| Description: | Dear Sir/Madam,<br><br>I am Hammam Yahya, passport number 4629801 and visa application number AA008ZLZDF. I am an attending psychiatrist and an assistant professor at the University of New Mexico in Albuquerque, NM.<br><br>I have applied for an H-1b visa on June 13, 2019. It has been in administrative processing since then (almost 8 weeks). I fully appreciate that this is a necessary process and that it should take the needed time. I just want to let you know that I take care of very ill patients in an area that is federally designated as medically under-served. I also have a 6 year old daughter who is enrolled at school in Albuquerque, NM and should be starting her first grade on August 12th. The delay is stressful to my patients, colleagues, and family.<br><br>If I could be of any assistance in this matter, please do not hesitate to contact me any time at my email hammamkyahya@gmail.com or my cell ▮▮▮▮▮▮▮▮. You could also contact the chair of the Department of Psychiatry and Behavioral Sciences at UNM, Dr. Mauricio Tohen, if you have any questions regarding my work at UNM. His email is mtohen@salud.unm.edu, and his cell is ▮▮▮▮▮▮▮▮. I truly appreciate your help with this matter.<br><br>Sincerely,<br>Hammam Yahya, MD |
| Origin: | Email |
| Case Reason: | visa inquiry |
| Public Response: | Dear Applicant,<br><br>Thank you for writing to the US Visa Services Desk.<br><br>We understand that you wish to know your visa application status.<br><br>We would like to inform you that your application requires additional administrative processing. Please note that the length of processing time will vary based on the circumstances of each case. Please be patient.<br><br>If you are a nonimmigrant applicant, you may check your DS-160 and visa application status online here: https://ceac.state.gov/genniv/ by entering your interview location and your DS-160 barcode number.<br><br>We hope this information is helpful to you.<br><br>Please visit https://www.surveymonkey.com/s/gss_jordan to share feedback on the services we provide.<br><br>Sincerely,<br><br>U.S. Visa Service Desk. |

Noble & Vrapi P.A.
5931 Jefferson St NE, Suite A
Albuquerque, NM 87109

U.S. Senator Martin Heinrich
400 Gold Ave. SW
Suite 1080
Albuquerque, NM 87102





## Contact Information

**Name:** Dr. Hammam Yahya

**Gender:** male

**Email:** unm@noblelawfirm.com

**Mailing Address:**
5931 Jefferson St. NE – Suite A
Albuquerque, NM 87109

**Phone:** 5053526660

## Case Information

**Federal Agency Involved:** U.S. Dept. of State

**Claim #:** ███████

**Have you contacted another Congressional office about this case?** No

### Immigration and Department of State Cases Only

**A #:** N/A

**CIS Receipt #:** WAC1811751532

**Preference Category :** N/A

**National Visa Center case #:**

**Native Country and Passport #:** West Bank; ███████

**Country of Birth:** West Bank

**Embassy or Consulate Location(City, Country):** Amman, Jordan

## Constituent Authorization

**Please Return to:**

U.S. Senator Martin Heinrich
400 Gold Avenue, SW, Ste 1080
Albuquerque, New Mexico 87102

I hereby request the assistance of the Office of Senator Martin Heinrich to resolve the matter described above and authorize Senator Martin Heinrich or his staff to receive any information that may be needed to provide this assistance. The information I have provided in true and accurate to the best of my knowledge and belief. The assistance I have requested from Senator Martin Heinrich is in no way an attempt to violate any federal, state or local law.

**Signature:** _(signed)_   **Date:** 08/05/2019

**Social Security Number:** ███████

**DOB:** ███████



**MARTIN HEINRICH**
UNITED STATES SENATOR for NEW MEXICO

**Subject:** CASE - Immigration / Visas / Deportation

**Briefly describe your situation:**
I have an H-1B status issued in July 2018 and valid through June 2021. I traveled to Jordan for my paternity leave two months ago, and applied for H-1B visa stamp at the American Embassy in Amman, Jordan. At the end of the interview, the interviewer gave me a piece of paper with additional information required, including previous addresses, phone numbers, email addresses, social media accounts, previous travels, and others. Some of these were required for the past 5 years, others for the past 15. She asked me to email this info to an email address, which I did on the same day. The visa has been in

"administrative processing" since June 13, 2019. My paternity leave ends tomorrow, August 6, 2019. It was hard enough to get coverage, and it is going to be stressful for UNM Psychiatry & Behavioral Sciences department and my colleagues to arrange for coverage for my patients. On top of that, I'm supposed to take extra clinical responsibilities starting August 6, 2019, (16 patients daily rather than 8) due to my supervisor retiring soon. New Mexico has an extreme shortage of medical care providers--particularly psychiatrists and mental health providers. On the inpatient service, I treat patients with the most serious and debilitating mental illnesses, such as schizophrenia, mood disorders, substance use disorders with co-occurring psychiatric disorders, and severe trauma disorders. These patients suffer to such an extent that they are hospitalized because they represent a significant threat to their own life or to the lives of others. Please assist me in being issued a visa for my already-approved status, so that I may return to this vital work.



Urgent Need Narrative for Dr. Hammam Yahya:

The University of New Mexico School of Medicine, Department of Psychiatry and Behavioral Sciences, serves the population of the state of New Mexico through behavioral health clinics, psychiatric emergency services, and inpatient services at UNM Psychiatric Center (UNMPC) that offers general and specialized psychiatric care. UNMPC serves more than 60,000 patients from all over the state on an annual basis. The programs, particularly the inpatient units and emergency services, represent the safety net services for both the county and the state. There is a critical shortage of psychiatrists in the state of New Mexico, as well as nationally, and it is difficult for us to recruit enough psychiatrists to serve our population's needs. So with Dr. Hammam Yahya's delay in returning to his position as an inpatient attending psychiatrist at UNMPC, it exacerbates this shortage and makes it difficult to provide consistent care that patients in the state need.

On the inpatient service, Dr. Yahya treats patients with the most serious and debilitating mental illnesses, such as schizophrenia, mood disorders, substance use disorders with co-occurring psychiatric disorders, and severe trauma disorders, all of which are difficult to treat. These patients suffer to such an extent that they are hospitalized because they represent a significant threat to their own life or to the lives of others. The department's need for help with this population is tremendous, given the departures of multiple longstanding psychiatrists in our adult psychiatry division. It is challenging to recruit psychiatrists willing to work on the inpatient service due to the difficulty with treating these complex patients. Working with this population requires a specific skill set that goes well beyond the ability of most general psychiatrists. In fact, few psychiatrists that we recruit have both the ability and desire to work on a locked inpatient unit.

Having someone with Dr. Yahya's skills, abilities and willingness to care for this patient population is of critical importance to the department and the people of New Mexico. Identifying faculty who are able to cover for Dr. Yahya during his absence is an enormous challenge, as we are already short-staffed and our existing faculty are stretched very thin. Furthermore, they lack the skill set of Dr. Yahya – many have not worked on an inpatient unit in decades.

At this point, our department Chair has now stepped in to provide coverage, which, in turn, impacts the Chair's ability to perform his administrative responsibilities in one of the largest departments in the UNM School of Medicine. Enlisting others to work in Dr. Yahya's place will require immediate and extensive training to work in this context, and will require cancellation of multiple outpatient clinics, where there are already large backlogs of patients waiting for appointments to see a psychiatrist.

Furthermore, Dr. Yahya works extensively with our psychiatry residents on the inpatient units. Our teaching mission is severely hampered without his skill set, as those who substitute in his place do not have the history of working on an inpatient psychiatric unit sufficient to provide much training to these residents. This requires a deep



understanding of New Mexico laws and the mental health code, working with families of patients in psychiatric danger, and a thorough knowledge of medication dosing rarely used on a psychiatric inpatient unit. Furthermore, there are no Internal Medicine providers on this unit, and Dr. Yahya is one of only a few faculty with sufficient knowledge to recognize medical emergencies occurring in the psychiatric context. This includes such entities as cardiac and renal reactions to drugs and the presence of medically induced mental status changes.

Additionally, Dr. Yahya is responsible for working extra shifts to help cover the Psychiatric Emergency Service (PES) in the evenings and on weekends, as the department is required to provide 24/7 coverage at PES by attending psychiatrists. It is already difficult for our faculty psychiatrists to work their regular day shifts, and also provide coverage in the evenings and on weekends, so with Dr. Yahya's continued absence, this makes the struggle even greater. He has great expertise in this area as well, and those who work there must have sufficient knowledge and experience to work with our patients presenting with the very highest acuity.

Fatigue and burnout are big concerns for our psychiatrists. Work hours at UNMPC are very long and it is difficult for our psychiatrists to take leave for vacation or rest. Dr. Yayha's absence adds tremendously to this issue, and we are quite concerned that this will lead to further departures of other faculty members already working beyond what would be expected.

Thank you for your consideration in this manner, and for helping to get Dr. Yahya back to his clinical role as soon as possible

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY / U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC1811751532 | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 03/15/2018 | | UNIV OF NEW MEXICO HEALTH SCIENCES, |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 07/16/2018 | 1 of 2 | YAHYA, HAMMAM K A |

UNIV OF NEW MEXICO HEALTH SCIENCES
c/o BARBARA E ROWE
BARBARA E ROWE ATTORNEY AT LAW
1307 RIO GRANDE BLVD NW STE 11
ALBUQUERQUE NM 87104

Notice Type: Approval Notice
Class: H1B
Valid from 07/16/2018 to 06/30/2021

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records
Receipt# WAC1811751532
I-94# 299224604 30
NAME YAHYA, HAMMAM K A
CLASS H1B
VALID FROM 07/16/2018 UNTIL 07/10/2021

**PETITIONER**
UNIV OF NEW MEXICO HEALTH SCIENCES,
MSC09 5030 DEPT OF PSYCHIATRY & BE
ALBUQUERQUE NM 87131

299224604 30
Receipt Number WAC1811751532
**US Citizenship and Immigration Services**

**I94 Departure Record**
Petitioner: UNIV OF NEW MEXICO HEALTH SCIENCES

| 14. Family Name | |
|---|---|
| YAHYA | |
| 15. First (Given) Name | 16. Date of Birth |
| HAMMAM K A | |
| 17. Country of Citizenship | |
| PALESTINE (BORN BEFORE 1948) | |

FORM I-797A (REV. 08/01/16)



Noble & Vrapi P.A.
5931 Jefferson St NE, Suite A
Albuquerque, NM 87109

Tom Udall
Senator for New Mexico
400 Gold Ave. SW
Suite 300
Albuquerque, NM 87102



# TOM UDALL
### SENATOR FOR NEW MEXICO

## Case Authorization and Privacy Release Form

### Your Information

**Name:**
Dr. Hammam Yahya

**Address:**
5931 Jefferson St. NE Suite A Albuquerque, NM 87109

**Email:**
unm@noblelawfirm.com

**Phone Number:**
5053526660

**DOB:**

---

**Are you working with any other NM Delegation member ?**   **Whose office:**
Yes                                                          Senator Heinrich

**Please Explain the Problem with the Federal Government.**
I have an H-1B status issued in July 2018 and valid through June 2021. I traveled to Jordan for my paternity leave two months ago, and applied for H-1B visa stamp at the American Embassy in Amman, Jordan. At the end of the interview, the interviewer gave me a piece of paper with additional information required, including previous addresses, phone numbers, email addresses, social media accounts, previous travels, and others. Some of these were required for the past 5 years, others for the past 15. She asked me to email this info to an email address, which I did on the same day. The visa has been in "administrative processing" since June 13, 2019. My paternity leave ends tomorrow, August 6, 2019. It was hard enough to get coverage, and it is going to be stressful for UNM Psychiatry & Behavioral Sciences department and my colleagues to arrange for coverage for my patients. On top of that, I'm supposed to take extra clinical responsibilities starting August 6, 2019, (16 patients daily rather than 8) due to my supervisor retiring soon. New Mexico has an extreme shortage of medical care providers--particularly psychiatrists and mental health providers. On the inpatient service, I treat patients with the most serious and debilitating mental illnesses, such as schizophrenia, mood disorders, substance use disorders with co-occurring psychiatric disorders, and severe trauma disorders. These patients suffer to such an extent that they are hospitalized because they represent a significant threat to their own life or to the lives of others. Please assist me in being issued a visa for my already-approved status, so that I may return to this vital work. The University of New Mexico School of Medicine, Dept. of Psychiatry & Behavioral Sciences has written a regarding its urgent need for my return and potential consequences for the Dept, its patients, etc. to be down another inpatient Psychiatrist.

---

I hereby request and authorize United States Senator Tom Udall and/or members of his staff, to make an inquiry on my behalf in addressing this matter. I further understand that I will save harmless any agencies divulging information pursuant to this release of information, as well as Senator Tom Udall and/or any representative of his staff in these matters.

**Signature:** _____     **Date:** 08 / 05 / 2019

**Please sign and return to the office nearest you:**

**Albuquerque**
400 Gold Ave SW
Suite 300
Albuquerque, NM
87102
(505) 346-6791

**Las Cruces**
201 N. Church Street
Suite 201B
Las Cruces, NM
88001
(575) 526-5475

**Santa Fe**
120 South Federal Place
Suite 302
Santa Fe, NM
87501
(505) 988-6511

Please feel free to attach additional information and documentation.



Urgent Need Narrative for Dr. Hammam Yahya:

The University of New Mexico School of Medicine, Department of Psychiatry and Behavioral Sciences, serves the population of the state of New Mexico through behavioral health clinics, psychiatric emergency services, and inpatient services at UNM Psychiatric Center (UNMPC) that offers general and specialized psychiatric care. UNMPC serves more than 60,000 patients from all over the state on an annual basis. The programs, particularly the inpatient units and emergency services, represent the safety net services for both the county and the state. There is a critical shortage of psychiatrists in the state of New Mexico, as well as nationally, and it is difficult for us to recruit enough psychiatrists to serve our population's needs. So with Dr. Hammam Yahya's delay in returning to his position as an inpatient attending psychiatrist at UNMPC, it exacerbates this shortage and makes it difficult to provide consistent care that patients in the state need.

On the inpatient service, Dr. Yahya treats patients with the most serious and debilitating mental illnesses, such as schizophrenia, mood disorders, substance use disorders with co-occurring psychiatric disorders, and severe trauma disorders, all of which are difficult to treat. These patients suffer to such an extent that they are hospitalized because they represent a significant threat to their own life or to the lives of others. The department's need for help with this population is tremendous, given the departures of multiple longstanding psychiatrists in our adult psychiatry division. It is challenging to recruit psychiatrists willing to work on the inpatient service due to the difficulty with treating these complex patients. Working with this population requires a specific skill set that goes well beyond the ability of most general psychiatrists. In fact, few psychiatrists that we recruit have both the ability and desire to work on a locked inpatient unit.

Having someone with Dr. Yahya's skills, abilities and willingness to care for this patient population is of critical importance to the department and the people of New Mexico. Identifying faculty who are able to cover for Dr. Yahya during his absence is an enormous challenge, as we are already short-staffed and our existing faculty are stretched very thin. Furthermore, they lack the skill set of Dr. Yahya – many have not worked on an inpatient unit in decades.

At this point, our department Chair has now stepped in to provide coverage, which, in turn, impacts the Chair's ability to perform his administrative responsibilities in one of the largest departments in the UNM School of Medicine. Enlisting others to work in Dr. Yahya's place will require immediate and extensive training to work in this context, and will require cancellation of multiple outpatient clinics, where there are already large backlogs of patients waiting for appointments to see a psychiatrist.

Furthermore, Dr. Yahya works extensively with our psychiatry residents on the inpatient units. Our teaching mission is severely hampered without his skill set, as those who substitute in his place do not have the history of working on an inpatient psychiatric unit sufficient to provide much training to these residents. This requires a deep



understanding of New Mexico laws and the mental health code, working with families of patients in psychiatric danger, and a thorough knowledge of medication dosing rarely used on a psychiatric inpatient unit. Furthermore, there are no Internal Medicine providers on this unit, and Dr. Yahya is one of only a few faculty with sufficient knowledge to recognize medical emergencies occurring in the psychiatric context. This includes such entities as cardiac and renal reactions to drugs and the presence of medically induced mental status changes.

Additionally, Dr. Yahya is responsible for working extra shifts to help cover the Psychiatric Emergency Service (PES) in the evenings and on weekends, as the department is required to provide 24/7 coverage at PES by attending psychiatrists. It is already difficult for our faculty psychiatrists to work their regular day shifts, and also provide coverage in the evenings and on weekends, so with Dr. Yahya's continued absence, this makes the struggle even greater. He has great expertise in this area as well, and those who work there must have sufficient knowledge and experience to work with our patients presenting with the very highest acuity.

Fatigue and burnout are big concerns for our psychiatrists. Work hours at UNMPC are very long and it is difficult for our psychiatrists to take leave for vacation or rest. Dr. Yayha's absence adds tremendously to this issue, and we are quite concerned that this will lead to further departures of other faculty members already working beyond what would be expected.

Thank you for your consideration in this manner, and for helping to get Dr. Yahya back to his clinical role as soon as possible

# THE UNITED STATES OF AMERICA

## I-797A | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY / U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | Case Type |
|---|---|
| WAC1811751532 | I129 - PETITION FOR A NONIMMIGRANT WORKER |

| Received Date | Priority Date | Petitioner |
|---|---|---|
| 03/15/2018 | | UNIV OF NEW MEXICO HEALTH SCIENCES, |

| Notice Date | Page | Beneficiary |
|---|---|---|
| 07/16/2018 | 1 of 2 | YAHYA, HAMMAM K A |

UNIV OF NEW MEXICO HEALTH SCIENCES
c/o BARBARA E ROWE
BARBARA E ROWE ATTORNEY AT LAW
1307 RIO GRANDE BLVD NW STE 11
ALBUQUERQUE NM 87104

**Notice Type:** Approval Notice
**Class:** H1B
**Valid from** 07/16/2018 **to** 06/30/2021

The above petition and change of status have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Changes in employment or training may require you to file a new Form I-129 petition. Since this employment or training authorization stems from the filing of this petition, separate employment or training authorization documentation is not required. The I-94 attached below may contain a grace period of up to 10 days before, and up to 10 days after the petition validity period for the following classifications: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may contain a grace period of up to one week before and 30 days after the petition validity period. The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. The decision to grant a grace period and the length of the granted grace period is discretionary, final and cannot be contested on motion or appeal. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, Arrival-Departure Record. The I-94 portion should be given to the U.S. Customs and Border Protection when he or she leaves the United States. The left part is for his or her records. A person granted a change of status who leaves the U.S. must normally obtain a visa in the new classification before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, Application for Action on an Approved Application or Petition, to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Please see the additional information on the back. You will be notified separately about any other cases you filed.

California Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 30111
Laguna Niguel CA 92607-0111
Customer Service Telephone: 800-375-5283



PLEASE TEAR OFF FORM I-94 PRINTED BELOW AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

---

Detach This Half for Personal Records

Receipt# WAC1811751532
I-94# 299224604 30
NAME YAHYA, HAMMAM K A
CLASS H1B
VALID FROM 07/16/2018 UNTIL 07/10/2021

**PETITIONER**
UNIV OF NEW MEXICO HEALTH SCIENCES,
MSC09 5030 DEPT OF PSYCHIATRY & BE
ALBUQUERQUE NM 87131

299224604 30
**Receipt Number** WAC1811751532
**US Citizenship and Immigration Services**

**I94 Departure Record**
Petitioner: UNIV OF NEW MEXICO HEALTH SCIENCES

| 14. Family Name | | |
|---|---|---|
| YAHYA | | |
| 15. First (Given) Name | | 16. Date of Birth |
| HAMMAM K A | | |
| 17. Country of Citizenship | | |
| PALESTINE (BORN BEFORE 1948) | | |

FORM I-797A (REV. 08/01/16)